## Reynolds *against* Lammond.

CRARY, for the plaintiff in error, moved for leave to discontinue in this cause, without paying costs. He read an affidavit, stating that the defendant had no property, real nor personal, and that he had, on the 26th *July* last, enlisted in the army of the *United States*, for five years. The present suit was brought to reverse a judgment obtained against the plaintiff in error, before a justice of the peace. He cited *Lackey & Briggs* v. *M'Donald*, (1 *Caines*, 116.)

*Allen*, contra. In the case cited, the defendant was sentenced to imprisonment for life. The judgment to be rendered in this case, would amount to more than 20 dollars, so that the defendant would be liable to be taken in execution, notwithstanding his being a soldier in the army of the *United States*.

*Per Curiam.* As the sum to be recovered in this case, may amount to more than 20 dollars, there is no reason for granting the motion. The act of congress only declares that non-commissioned officers and privates shall not be arrested or taken in execution, for debts under 20 dollars, contracted before enlistment.*

Where the defendant in a cause, has enlisted as a soldier in the army of the *United States*, the court will not grant leave to discontinue without paying costs, if it appear that the sum to be recovered is more than 20 dollars.

* *Laws U. S.* v. 6. p. 17. § 23.

Rule refused.